**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (If known): __24-40967-mxm7__    Chapter __7__

☑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | FDF Energy Services LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 83-2716037 | |
| 4. Debtor's address | **Principal place of business**<br><br>240 Jasmine Road<br>Number    Street<br><br>Crowley    LA    70526<br>City    State    ZIP Code<br><br>Acadia Parish<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. Debtor's website (URL) | www.fdfenergy.com | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **FDF Energy Services LLC**  
       Name

Case number (if known) **24-40967-mxm7**

### 6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7  
☐ Chapter 9  
☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **FDF Energy Services LLC**  
       Name

Case number (if known) **24-40967-mxm7**

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No  
    ☐ Yes.  District _____ When __/__/____  Case number _____  
           District _____ When __/__/____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No  
    ☒ Yes.  Debtor **FES Resources Holdings LLC**  Relationship **Affiliate**  
    District **Northern**  When **03/22/2024**  
    Case number, if known **24-40966-mxm7**

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No  
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____  
        Number    Street

    _____  
    City                            State ZIP Code

    **Is the property insured?**  
    ☐ No  
    ☐ Yes. Insurance agency _____  
          Contact name _____  
          Phone _____

---

**Statistical and administrative information**

Debtor  **FDF Energy Services LLC**
Name

Case number (if known) 24-40967-mxm7

---

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☒ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☒ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☒ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  04/04/2024
    MM / DD / YYYY

    **✗ /s/ Ross Gatlin**                                      Ross Gatlin
    Signature of authorized representative of debtor            Printed name

    Title  In his capacity as the Managing Partner of Prophet Equity Holdings LLC, the General Partner of Prophet Equity GP LP, the General Partner of Prophet Equity-J (FES AIV) LP, the Sole Member of FES Resources Holdings LLC, the Sole Member of FDF Energy Services LLC

---

| Debtor | FDF Energy Services LLC | Case number (if known) 24-40967-mxm7 |
|---|---|---|
| | Name | |

**18. Signature of attorney**   ✗ /s/ Joshua N. Eppich      Date  04/04/2024
Signature of attorney for debtor                              MM / DD / YYYY

Joshua N. Eppich
Printed name
Bonds Ellis Eppich Schafer Jones LLP
Firm name
420 Throckmorton Street, Suite 1000
Number    Street
Fort Worth                                TX      76102
City                                       State    ZIP Code
(817) 405-6900                             joshua@bondsellis.com
Contact phone                              Email address

24050567                                   TX
Bar number                                 State

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| FDF Energy Services LLC, | § § § | Case No. 24-_____ |
| Debtor. | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| FES Resources Holdings LLC | 100% of membership interest of FDF Energy Services LLC |

**Fill in this information to identify the case and this filing:**

Debtor Name __FDF Energy Services LLC__

United States Bankruptcy Court for the: __Northern District of Texas__
(State)

Case number (If known): _____

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration:  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/22/2024__     /s/ Ross Gatlin
MM/ DD/YYYY                    Signature of individual signing on behalf of debtor

                               Printed name
                               __Ross Gatlin__
                               Position or relationship to debtor __Chairman of the Board and CEO__

**WRITTEN CONSENT
OF
FDF ENERGY SERVICES LLC**

**MARCH 20, 2024**

The Company, FDF Energy Services LLC (the "Company"), acting by a majority of its Board of Managers ("Board of Managers"), takes the following actions and adopt the following resolutions without a meeting, as authorized by the Limited Liability Company Agreement of the Company, dated December 17, 2018 (the "Company Agreement"), as amended from time to time.

WHEREAS, pursuant to Section 9(a) of the Company Agreement, the Board has the power to do any and all acts necessary, convenient or incidental to or for the furtherance of the Company's purpose.

WHEREAS, pursuant to Section 9(f) of the Company Agreement, the Board will act by a majority vote of the Managers (as defined in the Company Agreement).

WHEREAS, pursuant to Section 9(g) of the Company Agreement, the Board may act in writing without a meeting for any matter required to be decided by the Board.

WHEREAS, the Company deems it advisable and in the best interest of the Company to file bankruptcy under Chapter 7 of the US Code.

WHEREAS, the Company deems it advisable and in the best interest of the Company to grant Bill Patterson, in his capacity as Chief Restructuring Officer of the Company, and to each Manager (collectively, the "Authorized Persons") the power and authority to authorize, execute, and approve on behalf of the Company all bankruptcy and restructuring matters, including but not limited to filing a petition for bankruptcy (the "Bankruptcy Matters").

NOW THEREFORE, BE IT RESOLVED, that, notwithstanding anything to the contrary, the Company hereby grants to each Authorized Person the power and authority to authorize, execute, approve and file the Bankruptcy Matters and to take any other action done in furtherance of the Bankruptcy Matters.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**BOARD OF MANAGERS:**

*/s/ Charles Collie*

_____
Charles Collie

*/s/ David Rex*

_____
David Rex

*/s/ Josh John*

_____
Joshua John

_____
Robert Marcotte

_____
Andrew Ahlberg

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**BOARD OF MANAGERS:**

_____
Charles Collie

_____
David Rex

_____
Joshua John

*[signature]*
_____
Robert Marcotte

_____
Andrew Ahlberg

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**BOARD OF MANAGERS:**

_____
Charles Collie

_____
David Rex

_____
Joshua John

_____
Robert Marcotte

*Andrew Ahlberg* (signed)
_____
Andrew Ahlberg